UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLBERT,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF MERCED, *et al.*,<br><br>           Defendants. | Case No. 1:19-cv-01294-NONE-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO STAY THE CASE<br><br>ECF No. 8 |

The parties' stipulated request for a stay, ECF No. 8, is granted. It is hereby ordered that:

1. Litigation of this civil matter is stayed pending the disposition of plaintiff's underlying criminal case.

2. Plaintiff's counsel will provide defense counsel and the court with updates on plaintiff's underlying criminal case every ninety days or as soon as the criminal case is completed.

IT IS SO ORDERED.

Dated:   February 10, 2020             /s/ Jeremy Peterson         
                                                              UNITED STATES MAGISTRATE JUDGE

No. 205.