UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLBERT,<br><br>            Plaintiff,<br><br>            v.<br><br>CITY OF MERCED, *et al*.,<br><br>           Defendants. | Case No. 1:19-cv-01294-NONE-JDP<br><br>ORDER THAT PLAINTIFF UPDATE THE COURT WITHIN FOURTEEN DAYS OF THIS ORDER |

On February 11, 2020, the court stayed this case with the understanding that "[p]laintiff's counsel will provide defense counsel and the court with updates on plaintiff's underlying criminal case every ninety (90) days or as soon as the criminal case is completed." ECF No. 9. Ninety days have elapsed but the court has not received an update. Within fourteen days of this order, plaintiff must update the court on the status of the criminal case and the desirability of continuing the stay.

IT IS SO ORDERED.

Dated:   May 19, 2020                                    _____
                                                             UNITED STATES MAGISTRATE JUDGE

No. 205.