UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLBERT,<br><br>            Plaintiff,<br><br>            v.<br><br>CITY OF MERCED, *et al.*,<br><br>           Defendants. | Case No. 1:19-cv-01294-NONE-JDP<br><br>ORDER GRANTING STIPULATED REQUEST TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 13 |

The stipulated request to file an amended complaint, ECF No. 13, is granted.

IT IS SO ORDERED.

Dated:   September 17, 2020              _/s/ Jeremy Peterson_
                                                               UNITED STATES MAGISTRATE JUDGE

No. 205.