UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLBERT, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF MERCED, B.P. AMERICA, INC., ET. AL.,<br><br>            Defendants. | Case No. 1:19-cv-01294-JLT-HBK<br><br>ORDER VACATING ORDER (Doc. No. 40) AND DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT AND PROVDIE PROOF OF SERVICE |

       This matter comes before the Court upon review of Defendant City of Merced's Notice and Request for Proofs of Service filed March 7, 2023. (Doc. No. 41). Upon review of the docket, after granting a stay of this action (Doc. No. 9), the former assigned magistrate judge granted the parties stipulated request to permit Plaintiff leave to amend the complaint to "substitute BP America, Inc. for Spa Petroleum"[1] on September 18, 2020. (Doc. Nos. 13, 14). As of the date on this Order, Plaintiff has not filed an amended complaint to correct the named defendant.[2] Further, Plaintiff has filed no proofs of service of either the complaint or the yet to filed amended complaint with the Court. (*See* Doc. No. 6, wherein Plaintiff states he "will file executed summons by January 17, 2020).

---

[1] The Complaint names BP America, Inc. as the Defendant. (Doc. No. 1 at 4, ¶ 15). The Court presumes the stipulated request contained a scrivener's error and Plaintiff intended to substitute Spa Petroleum for the BP America, Inc.

Accordingly, it is **ORDERED**:

1. The Court VACATES its March 4, 2023 Order (Doc. No. 40) in all respects except as to the lifting of the stay of this action;
2. Plaintiff shall file an amended complaint no later than **March 17, 2023** and effectuate and/or file proofs of service **no later than April 7, 2023**.
3. Defendants shall file a response to the amended complaint within twenty-one (21) days after service.
4. The Court will reschedule the Mandatory Scheduling Conference by separate order.

Dated:   March 9, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE