UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLBERT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MERCED, B.P. AMERICA, INC., ET. AL.,<br><br>　　　　　　　Defendants. | Case No.  1:19-cv-01294-JLT-HBK<br><br>CLERK TO CORRECT DOCKET TO REFLECT NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT B. P. AMERICA INC. |

　　　　On April 3, 2023, Plaintiff and Defendant B.P. America (collectively "Parties"), Inc. filed a joint stipulation to dismiss B.P. America. Inc. under Federal Rule of Civil Procedure 41(a). (Doc. No. 46).  The Parties stipulate to the dismissal *without prejudice* of B.P. America, Inc., with each party to bear their own fees and costs. (*Id*.) (emphasis added).  This action is terminated by operation of law as to B.P. America, Inc. without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  ACCORDINGLY, the Clerk of Court shall correct the docket to reflect the voluntary dismissal of Defendant B.P. America, Inc. from this action.

Dated:　　April 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE