UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MERCED, ET AL.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-01294-LHR-HBK<br><br>ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN CASE MANAGEMENT AND SCHEDULING DEADLINES<br><br>(Doc. No. 63) |

　　　　Pending before the Court is the parties' Joint Motion to Extend Case Management and Scheduling Deadlines filed on May 3, 2024.  (Doc. No. 63).  Due to conflicts with counsels' respective trial schedules, the Court finds good cause to grant an extension to certain of the deadlines in the Case Management and Scheduling Order ("CMSO").  Fed. R. Civ. P. 16(b)(4).

　　　　Accordingly, it is **ORDERED:**

　　　　1. The Parties' Joint Motion to Extend Case Management and Scheduling Deadlines (Doc. No. 63) is GRANTED to the extent set forth herein.

　　　　2. The following amended dates shall govern the management of this action.

////

////

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 08/05/2024 |
| Deadline for all parties to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 09/04/2024 |
| Deadline to disclose any expert rebuttal report(s). | 10/04/2024 |
| Deadline to complete expert discovery. | 10/18/2024 |
| Deadline to advise court of status of settlement, mediation, ADR or VDRP. *See* Local Rule 270, 271. | 10/31/2024 |
| Dispositive Motions. *See* Fed. R. Civ. P. 56, Local Rule 230. | 02/17/2025 |

3. The procedures set forth in the September 21, 2023 Case Management and Scheduling Order (Doc. No. 56) otherwise shall govern this action.

4. The Court will issue amended pretrial and trial dates and related deadlines by separate order.

Dated:    May 17, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2