IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| WILLIAM COLBERT, | § |
| Plaintiff, | § |
| v. | §  CIVIL ACTION NO. 1:19-cv-1294-LHR-HBK |
| CITY OF MERCED, *et al.*, | § |
| Defendants. | § |

**NOTICE OF SETTING**

Parties are advised that there will be a Status Conference before United States District Judge Lee H. Rosenthal.  The hearing is set for Wednesday **June 26, 2024 at 2:15 p.m., Central Standard Time**.  The hearing will be held by Zoom.  Counsel can find the Court's Zoom link on Judge Rosenthal's home page, at the bottom of the page, in the Interactive calendar link.

**Nathan Ochsner Clerk**

By: *Lisa Eddins*
Lisa Eddins
Case Manager to Judge Lee H. Rosenthal