Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLBERT, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MERCED, a municipal corporation, et al. | NO. 1:19-cv-01294 LHR HBK<br><br>**ORDER re STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED:

The Parties request for an extension for the filing of briefs addressing the pending Motion for Summary Judgment is granted.

1. Plaintiff's Opposition is now due January 9, 2025.

2. Defendants' Reply is now due January 20, 2025.

The hearing date will remain under submission absent any order to the contrary.

Dated:   December 19, 2024

_____
Hon. Lee H. Rosenthal
U.S. District Court Judge