**RODNEY S. DIGGS, ESQ. (SBN 274459)**
rdiggs@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS, APLC**
444 S. Flower St., Suite 3200
Los Angeles, CA 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552


**JAMES A. BRYANT, ESQ. (SBN 255652)**
Email: jbryant@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280

Attorneys for Plaintiff, **WILLIAM COLBERT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLBERT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MERCED, a municipal corporation; BP AMERICAN, INC., a corporation; BRANDON WILKINS, in his individual and official capacity as a police officer for the Merced Police Department; WILLIAM MCCOMB, in his individual and official capacity as a police officer for the Merced Police Department; WILLIAM AVERY in his individual and official capacity as a police officer for the Merced Police Department; MYLES RICHTER, in his individual and official capacity as a police officer for the Merced Police Department; | CASE NO.: 1:19-CV-01294-LHR-HBK<br><br>**ORDER RE: PLAINTIFF'S EX PARTE MOTION TO CONTINUE PLAINTIFF'S OPPOSITION FILING DATE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date: January 8, 2025** |

JOSEPH OPINKSI, in his individual and official capacity as a police officer for the Merced Police Department; PETER VILLAREAL, in his individual and official capacity as a police officer for the Merced Police Department; NICHOLAS DE JONG, in his individual and official capacity as a police officer for the Merced Police Department; HARDIP SINGH RAGGI, in his individual and official capacity as an employee for the BP AMERICA, INC., and DOES 1-50, inclusive.
     *Defendants.*

## ORDER

IT IS HEREBY ORDERED that after a showing of good cause by Plaintiff and Plaintiff's counsel, Plaintiff will have until no later than January 17, 2025, to file his opposition to Defendants Merced, et al.'s Motion for Summary Judgment.

Whereas, Defendants will have until January 23, 2025, to file any Reply brief.

DATED: Jan. 10, 2025

                                /s/ *signature*
                                District Court Judge