UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM COLBERT,

Plaintiff,

v.

CITY OF MERCED, ET AL.,

Defendants.

Case No. 1:19-cv-01294-LHR-HBK

ORDER PROVIDING PARTIES AN OPPORTUNITY TO CONSENT TO MAGISTRATE JUDGE JURISDICTION AND DIRECTING REASSIGNMENT IF CONSENT NOT PROVIDED

The Court has determined that further proceedings in this action should be conducted before a judicial officer of the United States District Court for the Eastern District of California, Fresno Division.

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305 of the United States District Court for the Eastern District of California, the parties may voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this action, including trial and entry of final judgment. Consent to magistrate judge jurisdiction is entirely voluntary. No party is required to consent. A party's decision whether to consent will have no adverse substantive consequence.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days after entry of this Order, all parties shall complete the Consent or Decline to Consent to Jurisdiction of United States Magistrate Judge form, signed by all parties or their authorized counsel, available on the Court's homepage under "Civil Forms."

2. If all parties timely consent to magistrate judge jurisdiction, this action shall be reassigned to a United States Magistrate Judge of this Court for all further proceedings, including entry of final judgment, pursuant to 28 U.S.C. § 636(c).

3. If unanimous written consent is not filed within fourteen (14) days after entry of this Order, the Clerk of Court shall randomly reassign this action to a United States District Judge in the Fresno Division of the Eastern District of California for all further proceedings.

4. The parties shall continue to comply with all existing deadlines, orders, and applicable rules unless and until otherwise ordered by the judicial officer to whom this action is assigned.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE